UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.           04 Civ 1584 (RJH)

MOISES SABA MASRI,

    Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between counsel for plaintiff and counsel Defendant MOISES SABA MASRI that the above captioned action be DISMISSED WITH PREJUDICE; and, it is FURTHER STIPULATED, that each party shall bear its own costs and expenses.

SO STIPULATED:             NIXON PEABODY LLP

_____     By: _____
Alan M. Lieberman (AL-6517)       Roger Crane RC 0469
Counsel for Plaintiff           Counsel for Defendant
Securities and Exchange Commission    Moises Saba Masri

Dated: August 1, 2008.